UNITED STATES OF AMERICA,

               Plaintiff,

       v.

PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"
ROY HENTON, a/k/a "Pops,"
JOATHAN I. COLULA,
JULIO BARRAZA,
DEONTE EDWARDS,
JIMMY GONZALEZ-MACIAS, a/k/a "JIMMY MACIAS,"
JAMEEL BRADLEY, SR., a/k/a "Black," a/k/a "Chris,"
MICHAEL O. WILLIAMS,
JOELLE MASSEY,
KEVIN NELSON,
RAMONA FRYER,
CARLA SMITH,
ITZEL CRUZ-GONZALEZ,
DOMINIQUE LEWIS,
BETTY J. DANIELS, and
LENARD MONROE,

               Defendants.

Case No. 22-CR-26 (PP)

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), 841(b)(1)(D), & 846; 18 U.S.C. §§ 924(c)(1)(A)(i), 922(g)(1), 924(a)(2), 924(a)(8), 922(o), 1956(h), 1957, 1347, & 2(a); 42 U.S.C. §§ 1320a-7b(b)(1)(A) & 1320a-7b(b)(2)(A)]

## SECOND SUPERSEDING INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1.     Beginning by at least June 2020, and continuing until on or about November 29, 2022, in the State and Eastern District of Wisconsin and elsewhere,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**

1

ROY HENTON, a/k/a "Pops,"
JOATHAN I. COLULA,
JULIO BARRAZA,
DEONTE EDWARDS,
JIMMY GONZALEZ-MACIAS, a/k/a "JIMMY MACIAS,"
JAMEEL BRADLEY, SR., a/k/a "Black," a/k/a "Chris,"
MICHAEL O. WILLIAMS,
JOELLE MASSEY,
KEVIN NELSON,
RAMONA FRYER,
CARLA SMITH, and
ITZEL CRUZ-GONZALEZ

knowingly and intentionally conspired with each other, and with other persons known and unknown to the grand jury, to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2.      The amount involved in the conspiracy attributable to each defendant as a result of his and her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him and her, is 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 100 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

# COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or about June 2020 through on or around November 29, 2022, in the State and Eastern District of Wisconsin and elsewhere,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**
**ROY HENTON, a/k/a "Pops,"**
**JOATHAN I. COLULA,**
**DEONTE EDWARDS,**
**JAMEEL BRADLEY, SR., a/k/a "Black," a/k/a "Chris,"**
**JOELLE MASSEY,**
**RAMONA FRYER, and**
**BETTY J. DANIELS**

knowingly combined, conspired, and agreed with each other and with other persons known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, namely, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, drug trafficking as charged in Count One, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

In violation of Title 18, United States Code, Section 1956(h).

4

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about January 5, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil," and
JOELLE S. MASSEY**

knowingly and intentionally possessed with intent to distribute controlled substances.

2.     The offense involved 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(D), and Title 18, United States Code, Section 2(a).

# COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about July 26, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil," and
ROY HENTON, a/k/a "Pops,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; and a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

6

**COUNT FIVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about August 24, 2022, in the State and Eastern District of Wisconsin,

**DOMINIQUE LEWIS**

knowingly and intentionally possessed with intent to distribute controlled substances.

2.      The offense involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

7

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 24, 2022, in the State and Eastern District of Wisconsin,

### DOMINIQUE LEWIS

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in

Count Five of this Second Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

8

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 24, 2022, in the State and Eastern District of Wisconsin,

### DOMINIQUE LEWIS

knowingly possessed a machinegun, that is, a Glock, model 23, 40 caliber handgun,

bearing serial number TDC867, with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about September 20, 2022, in the State and Eastern District of Wisconsin,

### PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"

knowingly and intentionally possessed with intent to distribute a controlled substance.

2.     The offense involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT NINE**

**THE GRAND JURY FURTHER CHARGES THAT**:

1.        On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**

knowingly and intentionally possessed with intent to distribute controlled substances.

2.        The offense involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

11

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**

knowingly possessed at least one firearm in furtherance of the drug trafficking offenses

charged in Counts One and Nine of this Second Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>COUNT ELEVEN</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms that, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.      The firearms are more particularly described as follows:

   a.  a Kel-Tec CMR-30 .22 caliber semi-automatic rifle, bearing serial number Y9872;

   b.  a Kel-Tec 12 gauge shotgun, bearing serial number 5MG1638;

   c.  a Walther/Waffenfabrik .22 caliber semi-automatic handgun, bearing serial number serial number WA028699;

   d.  a Whitney .22 caliber semi-automatic handgun, bearing serial number WW1809;

   e.  a Smith and Wesson .357 caliber revolver, bearing serial number N514187; and

   f.  a CMMG 9mm semi-automatic rifle, bearing serial number 5MG1638.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

13

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"

knowingly and intentionally possessed with intent to distribute a controlled substance.

2.     The offense involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about November 29, 2022, in the State and Eastern District of Wisconsin,

## ROY HENTON

knowingly and intentionally possessed with intent to distribute a controlled substance.

2.      The offense involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**ROY HENTON**

knowingly possessed at least one firearm in furtherance of the drug trafficking offenses

charged in Count One and Count Thirteen of this Second Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

16

## COUNT FIFTEEN

**THE GRAND JURY FURTHER CHARGES THAT**:

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### KEVIN NELSON

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT SIXTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

### KEVIN NELSON

knowingly possessed at least one firearm in furtherance of the drug trafficking offenses

charged in Counts One and Fifteen of this Second Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**KEVIN NELSON,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms that, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.    The firearms are more particularly described as follows:

    a.  a Taurus G2C 9mm semi-automatic handgun, bearing serial number ACG988949; and

    b.  a Taurus G3C 9mm semi-automatic handgun, bearing serial number ACG044869.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT EIGHTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**MICHAEL O. WILLIAMS**

knowingly possessed at least one firearm in furtherance of the drug trafficking offense

charged in Count One of this Second Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT NINETEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**JAMEEL BRADLEY, SR., a/k/a "Black," a/k/a "Chris,"**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Second Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWENTY

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 29, 2022, in the State and Eastern District of Wisconsin,

**JIMMY GONZALEZ-MACIAS**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Second Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNTS TWENTY-ONE THROUGH TWENTY-SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1. At all times material to this indictment:

   a. Defendant ROY HENTON owned and operated A Touch of Love Supportive Care Agency (ATOL).

   b. Defendant PHILLIP DANIELS operated First Response Supportive Care (FRSC) and assisted in operations of ATOL.

   c. Defendant LENARD MONROE owned and operated Wellness Personal Care Service (WPCS).

   d. ATOL and FRSC were Supportive Home Care (SHC) agencies that billed for services purportedly provided to adults with disabilities and elderly people in Milwaukee, Wisconsin.

   e. WPCS was a Personal Care Agency (PCA) that billed Wisconsin Medicaid for services purportedly provided to adults with disabilities and elderly people in Milwaukee, Wisconsin.

### The Wisconsin Medicaid Program

   f. Medicaid was a program jointly funded by the federal government and participating states to provide health insurance to indigent families with dependent children and to aged, blind, and disabled individuals whose income and resources are insufficient to meet the cost of medical services. 42 U.S.C. §§ 1396, et seq. (the "Medicaid Act").

23

g.      Wisconsin participates in the Medicaid program ("Wisconsin Medicaid"). In Wisconsin, the Medicaid program was established pursuant to Wisconsin Statutes Chapter 49 and its administrative regulations. The United States pays for a portion of the program. The Wisconsin Department of Health Services (DHS) administers the Wisconsin Medicaid program on behalf of the state and federal government.

h.      DHS operates a Personal Care Agency (PCA) program through Medicaid. A PCA is a home health agency, county department, independent living center, American Indian tribe or band, or a freestanding PCA that provides services that are (1) medically-oriented activities related to assisting an individual with activities of daily living necessary to maintain the individual in his or her place of residence in the community; (2) provided upon written orders of a physician by a certified personal care provider; and (3) provided by a personal care worker (PCW), employed by the provider and under contract to the provider, who is supervised by a registered nurse according to a written plan of care.

i.      A PCA can submit claims to Wisconsin Medicaid for payment via the ForwardHealth Portal ("the portal") using direct data entry (DDE). The PCA requests secure access to the portal and, using the login associated with their provider IDs, completes required fields in the portal, including member ID, date of service, procedure code, number of units, charge amount, and place of service. The PCA may only submit claims after the services have been provided, and the PCA is responsible for the accuracy of the claims submitted via the portal. Medicaid remits payments to the PCA based on

24

the approved claims.

      j.      To participate in the Medicaid program, a PCA provider must enter into a written Medicaid Provider Agreement (the "Provider Agreement") with the Wisconsin Department of Health Services in which the provider certifies that every claim submitted is truthful and that the services billed have been furnished in accordance with state and federal law. The Provider Agreement also requires a certification that the provider has not offered, paid, or received anything of value in return for the referral or provision of Medicaid-covered services.

      k.      The IRIS program (Include, Respect, I Self-Direct) is a Medicaid Home and Community-Based Services (HCBS) waiver program authorized under § 1915(c) of the Social Security Act and approved by the Centers for Medicare and Medicaid Services (CMS). IRIS is a self-directed program for adults with disabilities and elderly people in Wisconsin. To be eligible for the IRIS program, one must be eligible for Medicaid, need the same level of care as someone in a nursing home, and live in a home, apartment, adult family home, or residential care apartment complex. IRIS participants receive a budget for a range of goods, support, and services, including SHC.

      l.      A SHC agency must have a valid Medicaid provider's agreement to provide SHC services under the umbrella of the IRIS program and must employ direct-care workers.

      m.      A SHC agency submits SHC claims directly to the participant's Fiscal Employer Agency (FEA) monthly using an IRIS provider invoice, which includes the

25

SHC agency information, the participant's information, dates of service, service codes, units, unit rate, unit type, and the total dollar amount. The FEA adjudicates claims based on the participant's approved authorization. If the claims are authorized, the FEA will submit the claims to DHS for funding. DHS will then fund a zero-balance state-held bank account. The SHC agency then receives reimbursement for the claim through an electronic funds transfer.

        n.     To participate in the home and community-based waiver services under Wisconsin's Medicaid program, a SHC agency must enter into a written Wisconsin Medicaid Program Provider Agreement with the Wisconsin Department of Health Services in which the provider agrees to comply with all applicable federal and state laws, regulations, and policies relating to providing home and community-based waiver services under Wisconsin's Medicaid program and to provide only the items or services authorized by the managed care organization or IRIS program.

<u>The Scheme</u>

        2.     Beginning by at least August 25, 2018, and continuing through November 29, 2022, in the State and Eastern District of Wisconsin and elsewhere,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**
**ROY HENTON, a/k/a "Pops,"**
**JOELLE MASSEY, and**
**LENARD MONROE**

knowingly and willfully executed and attempted to execute a scheme to defraud a health care benefit program, namely Wisconsin Medicaid, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property

26

owned by, and under the custody and control of such program, in connection with the delivery of and payment for health care benefits, items, and services.

3.     DANIELS, HENTON, MASSEY, and MONROE executed the scheme in the following ways:

a.     DANIELS and HENTON advertised and provided housing to individuals who qualified for Medicaid services. In some instances, MONROE referred individuals to DANIELS and HENTON for housing services.

b.     DANIELS and HENTON controlled various rental units in Milwaukee, Wisconsin.

c.     DANIELS and HENTON offered discounted rent and paid stipends to individuals who were signed up for supportive care service with their entities, ATOL and FRSC.

d.     DANIELS and HENTON recruited individuals who MONROE billed for Medicaid-covered services through WPCS. MONROE paid FRSC for these referrals and to maintain the individuals as members and participants of WPCS and ATOL.

e.     DANIELS and HENTON coached Medicaid members to feign limitations in their activities of daily living to increase the hours that could be billed to Medicaid.

f.     MASSEY purported to serve as a PCW for WPCS. MASSEY, MONROE, DANIELS, and HENTON also used stock, template timesheets to

27

memorialize the purported care being provided. As a result, MASSEY, MONROE, DANIELS, and HENTON knowingly submitted and caused to be submitted timesheets that misstated the duration, frequency, date, and nature of the services provided, as well as the number of miles claimed.

g.    DANIELS, HENTON, MASSEY, and other individuals they directed and controlled, knowingly submitted and caused to be submitted Provider Claim Forms that misstated the date, frequency, and duration of services provided.

h.    DANIELS, HENTON, MASSEY, and MONROE, and other individuals they directed and controlled, submitted claims for payment to Medicaid based on those false and fraudulent statements.

4.    DANIELS and HENTON submitted and caused to be submitted bills totaling over $600,000, which contained false and fraudulent statements, and which caused Wisconsin Medicaid to pay them over $574,000 to which they were not entitled.

5.    DANIELS and HENTON used bank accounts in the names of FRSC and ATOL to receive cash deposits in addition to the above-noted Medicaid payments. More specifically, between January 2018 and May 2022, accounts in the name of FRSC and ATOL received over $1.3 million in unexplained cash deposits. During this same time period, bank accounts in the names of FRSC and ATOL reflected over $2.7 million in cash withdrawals.

6.    Bank accounts in the names of FRSC were further used to receive drug proceeds through transactions conducted by DANIELS, MASSEY, and other members of

28

the drug trafficking organization, and to transfer monies contained therein to known suppliers of controlled substances, thereby advancing the goals of the drug trafficking organization.

7.    MONROE submitted and caused to be submitted bills totaling over $1.3 million, which contained false and fraudulent statements, and which caused Wisconsin Medicaid to pay him over $1.1 million to which he was not entitled.

8.    On or about the dates set forth below, in the State and Eastern District of Wisconsin and elsewhere,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"**
**ROY HENTON, a/k/a "Pops,"**
**JOELLE MASSEY, and**
**LENARD MONROE**

for the purpose of executing the scheme described above, and in connection with the delivery of and payment for health care benefits, items, and services, knowingly and willfully submitted and caused the submission of the following false and fraudulent claims on the dates below, which falsely represent the nature of the provider's interaction with the member indicated below, falsely represented that covered services were provided, and falsely represented the amount of time spent providing covered services, which caused payments in the following amounts:

| Count | Service Date | Billed Date | Member | Amount Billed | Amount Paid |
|-------|-------------|-------------|--------|---------------|-------------|
| 21 | 11/10/2019-11/16/2019 | 1/2/2020 | O.H. | $402.50 | $292.60 |
| 22 | 4/5/2020-4/11/2020 | 4/16/2020 | A.B. | $644 | $536.48 |

29

| 23 | 4/4/2020 | 4/16/2020 | A.B. | $1480 | $1480 |
| 24 | 5/23/2021 – 5/29/2021 | 6/4/2021 | U.A. | $402.50 | $335.30 |
| 25 | 5/23/2021 | 6/10/2021 | U.A. | $80 | $80 |
| 26 | 11/21/2021- 11/27/2021 | 12/2/2021 | J.A. | $805 | $670.60 |
| 27 | 6/11/2021 | 6/23/2021 | J.A. | $370 | $370 |

Each in violation of Title 18, United States Code, Sections 1347 and 2(a).

## COUNT TWENTY-EIGHT
### (Offering or Paying a Healthcare Kickback)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 31, 2020, in the State and Eastern District of Wisconsin,

**LENARD MONROE**

knowingly and willfully offered to pay and paid, remuneration, namely $20,884.50, to induce PHILLIP DANIELS and ROY HENTON to refer individuals to Wellness Personal Care Services for personal care services, an item and service, for which payment may be made in whole and in part under Wisconsin Medicaid, a Federal health care program.

In violation of Title 42, United States Code, Section 1320a-7b(b)(2)(A).

31

## COUNT TWENTY-NINE
(Offering or Paying a Healthcare Kickback)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 31, 2020, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil," and**
**ROY HENTON, a/k/a "Pops,"**

knowingly and willfully received, remuneration, namely $20,884.50, for referring individuals to Wellness Personal Care Services for personal care services, an item and service, for which payment may be made in whole and in part under Wisconsin Medicaid, a Federal health care program.

In violation of Title 42, United States Code, Section 1320a-7b(b)(1)(A).

32

## COUNT THIRTY
(Offering or Paying a Healthcare Kickback)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 7, 2021, in the State and Eastern District of Wisconsin,

**LENARD MONROE**

knowingly and willfully offered to pay and paid, remuneration, namely $14,900.50, to

induce PHILLIP DANIELS and ROY HENTON to refer individuals to Wellness Personal

Care Services for personal care services, an item and service, for which payment may be

made in whole and in part under Wisconsin Medicaid, a Federal health care program.

In violation of Title 42, United States Code, Section 1320a-7b(b)(2)(A).

33

## COUNT THIRTY-ONE
(Offering or Paying a Healthcare Kickback)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 7, 2021, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil," and
ROY HENTON, a/k/a "Pops,"**

knowingly and willfully received, remuneration, namely $14,900.50, for referring

individuals to Wellness Personal Care Services for personal care services, an item and

service, for which payment may be made in whole and in part under Wisconsin Medicaid,

a Federal health care program.

In violation of Title 42, United States Code, Section 1320a-7b(b)(1)(A).

34

## COUNT THIRTY-TWO
(Offering or Paying a Healthcare Kickback)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 9, 2021, in the State and Eastern District of Wisconsin,

**PHILLIP DANIELS, SR., a/k/a "Dr. Phil,"
ROY HENTON, a/k/a "Pops," and
JOELLE MASSEY**

knowingly and willfully offered to pay and paid, remuneration, namely $200, to J.A. to induce her to allow ATOL to use her Medicaid information to bill for purported supportive care services, an item and service, for which payment may be made in whole and in part under Wisconsin Medicaid, a Federal health care program.

In violation of Title 42, United States Code, Section 1320a-7b(b)(2)(A).

## COUNT THIRTY-THREE
### (Engaging in Unlawful Monetary Transactions)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 8, 2022, in the State and Eastern District of Wisconsin,

**LENARD MONROE**

knowingly engaged in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is a wire transfer of approximately $129,112.49 to "Makes and Models LLC", which was used to purchase of a 2018 Dodge Challenger, a vehicle bearing vehicle identification number (VIN) 2C3CDZH93JH100779, such property having been derived from a specified unlawful activity, that is, wire fraud committed in violation of 18 U.S.C. § 1343.

In violation of Title 18, United States Code, Section 1957.

# FORFEITURE NOTICE

1.     Upon conviction of one or more offenses in violation of Title 21, United States Code, Sections 841 and 846, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including but not limited to the following:

    a.     approximately $48,072 in United States currency seized from 96xx West Bradley Road, Apt. 203, Milwaukee, Wisconsin, on or about November 29, 2022;

    b.     approximately $29,781 in United States currency seized from 45xx North 37th Street, Wisconsin, on or about November 29, 2022;

    c.     approximately $9,349 in United States currency seized from 2xx Linden Court, Apt. A, Lomira, Wisconsin, on or about November 29, 2022;

    d.     approximately $9,010 in United States currency seized from 10xx Des Plaines Avenue, Apt. 308, Forest Park, Illinois, on or about November 29, 2022;

    e.     approximately $154,379 in United States currency seized from 34xx 83rd Avenue N, Brooklyn Park, Minnesota, on or about November 29, 2022;

    f.     approximately $6,043 in United States currency seized from 22xx Skillman Avenue E, #207, North St. Paul, Minnesota;

    g.     a black 2016 GMC Yukon bearing VIN# of 1GKS2CKJ8GR395730, owned by PHILLIP DANIELS, SR., and seized on or about November 29, 2022;

    h.     a red 2014 Chevrolet Camaro bearing VIN# of 2G1FB1E35E9150706, owned by JOELLE MASSEY, and seized on or about November 29, 2022;

    i.     a silver 2017 Ford Explorer bearing VIN# 1FM5K7D888HGA97956, owned by JAMEEL BRADLEY, SR., and seized on or about November 29, 2022;

j.      approximately $7,217.94 in United States currency seized from BMO Harris Bank Account ending in x4242, in the name of First Response Supportive Care Agency;

k.      approximately $51,100.80 in United States currency seized from BMO Harris Bank Account ending in x6721, in the name of First Response Supportive Care Agency;

l.      approximately $866.49 in United States currency seized from BMO Harris Bank Account ending in x1119, in the name of BETTY DANIELS and PHILLIP DANIELS, SR.;

m.      approximately $70 in United States currency seized from BMO Harris Bank Account ending in x4277, in the name of BETTY DANIELS;

n.      approximately $885.21 in United States currency seized from Chase Bank Account ending in x8205, in the name of Intelligent Investments;

o.      approximately $931.52 in United States currency seized from Chase Bank Account ending in x9319, in the name of Tier One Records;

p.      approximately $184.67 in United States currency seized from Educators Credit Union Account ending in x13_08, in the name of A Touch of Love Supportive Care Agency/The Perfect Choice Supportive Care Agency;

q.      approximately $5.00 in United States currency seized from Educators Credit Union Account ending in x13_00, in the name of A Touch of Love Supportive Care Agency/The Perfect Choice Supportive Care Agency

r.      approximately $12,158 in United States currency seized from RAMONA FRYER during a traffic stop on or about September 26, 2022;

s.      approximately $1,477 in United States currency seized from 44xx Reindeer Lane in Eagan, Minnesota on or about November 29, 2022;

t.      approximately $52,042 in United States currency seized from 100xx W. Fond Du Lac Avenue, Milwaukee, Wisconsin, on or about October 12, 2022;

u.      approximately $1,022.98 in United States currency seized from BMO Harris Account ending in x9173, in the name of Wellness Personal Care Service;

v.  approximately $3,767.75 in United States currency seized from BMO Harris Account ending in x8472, in the name of Wellness Personal Care Service;

w.  approximately $79.65 in United States currency seized from Wells Fargo Account ending in x6511, in the name of Wellness Personal Care;

x.  approximately $65.34 in United States currency seized from Wells Fargo Account ending in x7022, in the name of LENARD MONROE; and

y.  a money judgment in the amount of proceeds the defendants obtained, directly or indirectly, as a result of the offense or offenses of conviction.

2.  Upon conviction of the health care fraud offenses, in violation of Title 18, United States Code, Section 1347 and Title 42, United States Code, Section 1320(a), or the money laundering offense, in violation of Title 18, United States Code, Section 1957, the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(7), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses, including but not limited to the following:

a.  a 2018 Dodge Challenger SRT "Demon," bearing VIN# 2C3CDZH93JH100779, owned by LENARD MONROE.

3.  If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America

shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States

Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

Dated: 9-26-23

GREGORY J. HAANSTAD
United States Attorney

40